## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**ELIZABETH HERNANDEZ,**

    **Plaintiff,**

**v.**               **Case No:   6:19-cv-1978-Orl-22LRH**

**COMMISSIONER OF   SOCIAL SECURITY,**

    **Defendant.**

_____

### ORDER

This cause is before the Court on Motion for Attorney Fees (Doc. No. 27) filed on October 4, 2020.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation filed November 10, 2020 (Doc. No. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  The Motion for Attorney's Fees (Doc. No. 27) is hereby **GRANTED in part**.

3.  The Court finds that the sum sought is reasonable and Judith A. Dexter, Esq. is authorized to charge Plaintiff a reasonable fee in the amount of **$6,638.00** for attorney's fees under 42 U.S.C. § 406(b).

4.  The Motion (Doc. 27) is **DENIED** in all other respects.[1]

_____

[1] The government may exercise its discretion to honor Plaintiff's Assignment such that the fee award be paid

**DONE** and **ORDERED** in Orlando, Florida on December 1, 2020.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

directly to counsel if it determines that the Plaintiff does not owe a debt to the government. *See* Doc. 28 at 5.